408 A.2d 1094

**A. J. DEMOR & SONS, INC., a Pennsylvania Corporation, Appellee,**

**v.**

**HARRISON SQUARE, INC., a Pennsylvania Corporation.**

**Appeal of CITIZENS NATIONAL BANK OF EVANS CITY, Pennsylvania.**

Supreme Court of Pennsylvania.

Submitted Sept. 26, 1979.

Decided Dec. 21, 1979.

David Abrams, Abrams & Mazer, Monroeville, and Robert Wagner, Pittsburgh, for appellant.

Edward C. Leckey, Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION

PER CURIAM:

Appeal dismissed as improvidently granted.

MANDERINO, J., did not participate in the decision of this case.